# FILED UNDER SEAL

FILED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

2018 JAN 25  AM 10: 12

U.S. MAGISTRATE JUDGE

-oOo-

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

**Cameron Lee Thomas**, and

**Schyler Levi Thomas**,

        Defendants.

Case No. 2:18-mj-00080-NJK

### ORDER

Based on the pending Application of the Government, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Complaint in the above-captioned matter shall be sealed until further Order of the Court.

DATED this _____ day of January, 2018.

HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE