RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Cameron Lee Thomas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-080-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Second Request) |
| THOMAS ET AL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Chad William McHenry, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Cameron Lee Thomas, and Chris T. Rasmussen, counsel for Schyler Levi Thomas, that the Preliminary Hearing currently scheduled on April 24, 2018 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The government expects to produce discovery to defendants by the end of the week. Additional time is needed to obtain and review the discovery. Thereafter, defense counsel will meet and confer with their respective clients regarding the discovery.

2. The defendants are not incarcerated and do not object to a continuance.

3. The additional time requested by this Stipulation is excludable in computing time within which an information or an indictment must be filed, or in computing time within which trial in the above-captioned matter must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 4th day of April, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>Acting United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Chad William McHenry*<br>By_____<br>CHAD WILLIAM MCHENRY<br>Assistant United States Attorney |
| */s/ Chris T. Rasmussen*<br>By_____<br>CHRIS T. RASMUSSEN<br>Assistant Federal Public Defender | |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS ET AL,<br><br>　　　　Defendant. | Case No. 2:18-mj-080-NJK<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on April 24, 2018 at the hour of 4:00 p.m., be vacated and continued to June 25, 2018, at 4:00 p.m., in Courtroom 3B.

　　DATED this 5th day of April, 2018.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE