RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Cameron Lee Thomas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CAMERON LEE THOMAS,<br><br>  Defendant. | Case No. 2:18-cr-239-RFB-GWF<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**<br><br>**(EXPEDITED TREATMENT REQUESTED)** |

The defendant, Cameron Lee Thomas, by and through his counsel of record, Raquel Lazo, Assistant Federal Public Defender, files this Unopposed Motion to Modify Conditions of Release to modify Mr. Thomas's Lake Mead National Recreation Area (LMNRA). Mr. Thomas requests that he be permitted to travel to LMNRA as required for case investigation as long as he is accompanied by his attorney or other member of the FPD office working on his case.

DATED this 15th day of August, 2018.

                                                  RENE L. VALLADARES
                                                Federal Public Defender

                                    By: */s/Raquel Lazo*
                                                RAQUEL LAZO
                                                Assistant Federal Public Defender
                                                Attorney for Cameron Lee Thomas

**POINTS AND AUTHORITIES**

1) On February 22, 2018, this court released Mr. Thomas on a personal recognizance bond with conditions. *See* PR Bond (#11). This court restricted Mr. Thomas from LMNRA. *Id*.

2) This case stems from alleged conduct that occurred at LMNRA. Defense counsel needs to conduct crime scene investigation at LMNRA. It is critical for Mr. Thomas's defense team to understand exactly what happened and exactly where it happened. Defense counsel would like Mr. Thomas to accompany her to LMNRA so that she can get a better understanding of Mr. Thomas's version of events.

3) As such, Mr. Thomas seeks to modify the restriction to permit him to travel to LMNRA as required for case investigation as long as he is accompanied by his attorney or other member of the FPD office working on his case.

4) Because defense counsel plans on conducting the investigation early next week, she requests expedited consideration.

5) Pretrial Services Officer Samira Barlow has no opposition. Government counsel also has no opposition.

Dated this 15th day of August, 2018.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: */s/Raquel Lazo*
RAQUEL LAZO
Assistant Federal Public Defender
Attorney for Cameron Lee Thomas

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CAMERON LEE THOMAS,<br><br>    Defendant. | Case No. 2:18-cr-239-RFB-GWF<br><br>**ORDER** |

    IT IS ORDERED that Defendant Thomas's pretrial release conditions are modified to permit travel to Lake Mead National Recreation Area as required for case investigation as long as he is accompanied by his attorney or other member of the FPD office working on his case.

    DATED this 16th day of August, 2018.

                                                              UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on August 15, 2018, he served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE (EXPEDITED TREATMENT REQUESTED)** by electronic service (ECF) to the person named below:

> DAYLE ELIESON
> United States Attorney
> CHAD WILLIAM MCHENRY
> Assistant United States Attorney
> 501 S. Las Vegas Blvd.
> Ste. 1100
> Las Vegas, NV 89101

> */s/ Brandon Thomas*
> Employee of the Federal Public Defender